FILE COPY

RE: Case No. 25-0046    DATE: 1/21/2025
COA #: 15-24-00020-CV   TC#: 2023-73723
STYLE: BROZE v. STATE

  A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

        CHRISTOPHER  PRINE
        FIFTEENTH COURT OF APPEALS
        P.O, BOX 12852
        AUSTIN, TX  78711
        * DELIVERED VIA E-MAIL *

RE: Case No. 25-0046                          DATE: 1/21/2025
COA #: 15-24-00020-CV                          TC#: 2023-73723
STYLE: BROZE v. STATE

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                    DISTRICT CLERK  HARRIS COUNTY
                    HARRIS COUNTY CIVIL COURTHOUSE
                    P.O. BOX 4651
                    HOUSTON, TX  77210
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0046      DATE: 1/21/2025
COA #: 15-24-00020-CV      TC#: 2023-73723
STYLE: BROZE v. STATE

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. KIMBERLY GDULA
DEPUTY CHIEF, GENERAL LITIGATION
OFFICE OF THE ATTORNEY GENERAL
P.O. BOX 12548, (MC 017)
AUSTIN, TX 78701-1614
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0046                    DATE: 1/21/2025
COA #: 15-24-00020-CV                   TC#: 2023-73723
STYLE: BROZE v. STATE

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MR. KEITH ALEXANDER GROSS
ATTORNEY AT LAW
250 PARK AVE.
LEAGUE CITY, TX   77573
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0046                          DATE: 1/21/2025
COA #: 15-24-00020-CV                          TC#: 2023-73723
STYLE: BROZE v. STATE

     A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                         EVAN  WELTGE
                         OFFICE OF THE ATTORNEY GENERAL OF
                         TEXAS
                         PO BOX 12548
                         AUSTIN, TX  78711
                         * DELIVERED VIA E-MAIL *